UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | ORDER |
| VS. | |
| MARK FLETCHER : | |
| : | CR. NO. 3:11-591-01(FLW) |
| Defendant | |
| : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this  2nd   day of  September, 2015,

ORDERED that (Lisa Van Hoeck, AFPD)  from the Office of the Federal Public Defender for the District of New Jersey is  hereby appointed to represent said defendant in this cause until further order of the Court.

　　　　　　　　　　　　　　　　　　　 s/Freda L. Wolfson
**FREDA L. WOLFSON**
**UNITED STATES DISTRICT JUDGE**

cc:  Federal Public Defender